**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brianna Smith, Esq.
Nevada Bar No. 11795
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bsmith@maclaw.com
   Attorneys for Defendant Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY DERZAPH, an individual; ELLIOTT DERZAPH, an individual; ELLIOTT DERZAPH, as Guardian ad Litem for Minor ETHAN DERZAPH,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company d/b/a Wynn Las Vegas; DOES I-X, individuals and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:   2:14-cv-01010-KJD-CWH |

### STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER (ECF NO. 32)

Plaintiffs Wendy Derzaph, Elliott Derzaph, and Ethan Derzaph ("Plaintiffs"), through their attorneys of record, Michael A. Koning, Esq., with the Law Offices of Steven M. Burris and Defendant Wynn Las Vegas, LLC ("Wynn"), by and through its attorneys of record, Craig R. Anderson, Esq. and Brianna Smith, Esq., with the law firm of Marquis Aurbach Coffing, hereby agree to continue the hearing on Defendant Wynn Las Vegas, LLC's Motion for Protective Order and Request for Attorneys' Fees and Costs (ECF No. 32) currently scheduled to be heard on June 17, 2016 at 10:00 a.m. due to Wynn counsel's unavailability for hearing having two trial

MAC:11200-036 2813343_1 6/6/2016 10:23 AM

conflicts scheduled for that date. Accordingly the parties hereby agree to continue the hearing to the next calendar date available for the Court.

DATED this 6th day of June, 2016

LAW OFFICES OF STEVEN M. BURRIS

By: /s/ Michael A. Koning
   Steven M. Burris, Esq.
   Nevada Bar No. 603
   Michael A. Koning, Esq.
   Nevada Bar No. 280
   2810 W. Charleston Blvd., Suite F-58
   Las Vegas, Nevada 89102
   Attorneys for Plaintiff

DATED this 6th day of June, 2016

MARQUIS AURBACH COFFING

By: /s/ Brianna Smith
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Brianna Smith, Esq.
   Nevada Bar No. 11795
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Defendant Wynn

## ORDER

The above Stipulation and Order is hereby GRANTED. The hearing on Defendants' Motion for Protective Order (ECF No. 32) shall be continued to:

Tuesday, August 2, 2016, at 9:00 a.m.

DATED: June 8, 2016

_____
UNITED STATES MAGISTRATE JUDGE