# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WENDY DERZAPH, *et al.*,

    Plaintiffs,

v.

WYNN LAS VEGAS LLC,

    Defendant.

Case No. 2:14-CV-1010-KJD-CWH

**ORDER**

    On March 1, 2017, the Court denied Defendant's Motion for Summary Judgment. On October 23, 2015, the Court granted (#28) the parties' stipulation and order to extend discovery deadlines. That order set the deadline for filing the joint pre-trial order at no later than thirty (30) days after the decision on dispositive motions. Therefore, the joint pre-trial order is sixty (60) days late. The parties are hereby ordered to file the joint pre-trial order or a stipulation to dismiss this action no later than June 30, 2017. Failure to do so will result in the Court ordering the parties to show cause why they should not be sanctioned.

    DATED this 1st day of June 2017.

_____
Kent J. Dawson
United States District Judge