**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Tye S. Hanseen, Esq.
Nevada Bar No. 10365
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
thanseen@maclaw.com
   Attorneys for Defendant Wynn Las Vegas, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY DERZAPH, an individual; ELLIOTT DERZAPH, an individual and ELLIOTT DERZAPH, as Guardian ad Litem for Minor, E. DERZAPH,<br><br>           Plaintiffs,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC; DOES 1 through X and ROE CORPORATIONS XIII through XX, inclusive,<br><br>           Defendants. | Case No.:    2:14-cv-01010-KJD-CWH |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiffs Wendy Derzaph and Elliott Derzaph, by and through their attorney of record, Michael A. Koning, Esq., of the Law Offices of Steven M. Burris and Defendant Wynn Las Vegas, LLC, by and through its counsel of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that all parties and claims are dismissed with prejudice in the above-referenced matter;

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs; and

/ / /

/ / /

MAC:11200-036 3344887_1 3/8/2018 1:43 PM

IT IS FURTHER STIPULATED that the jury trial set for March 12, 2018 be vacated.

IT IS SO STIPULATED this 8th day of March, 2018.

| MARQUIS AURBACH COFFING | LAW OFFICES OF STEVEN M. BURRIS |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant | By: _s/Michael A. Koning_<br>Michael A. Koning, Esq.<br>Nevada Bar No. 0280<br>2810 W. Charleston Blvd., Ste. F-58<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff |

## **ORDER**

IT IS SO ORDERED that all parties are dismissed with prejudice in the above-referenced matter;

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs; and

IT IS FURTHER ORDERED that the jury trial set for March 12, 2018 be vacated.

IT IS SO ORDERED this _8th_ day of March, 2018.

_____
United States District Court Judge

Page 2 of 2

MAC:11200-036 3344887_1 3/8/2018 1:43 PM